**From:** **Lisa Jimenez** lisjmnz29@gmail.com
**Subject:** Lisa Jimenez
**Date:** April 13, 2018 at 9:29 AM
**To:** Karam@legalpundit.com

please see letter



Karam.docx

April 13, 2018

**Deleted:**

Karamvir Dahiya
Dahiya Law Offices LLC
75 Maiden Lane, Ste 506
New York NY 10028
212-766-8000

Dear Karam:

I want to thank you for being kind enough to take the initiative to reach out to me and accept my pro bono case.  I cannot tell you how grateful I am to you and all involved.  I am impressed by the way, you understood the heart wrenching details that I expressed and how you put the facts together.

There should be more attorneys like you willing to help people in need and I am sure the Judges involved will see that.  If you can Please thank the Honorable Lois Bloom, the Beautiful Judge who was so intelligent and with smooth spoken words helped I and I am sure so many.  I recently found out she made it possible to support the prose legal help division at 225 Cadman Plaza.  I had everything in order but this division helped me put it all together and I am grateful for this because so many people cry out for help and do not know where to start or how they can turn their hope to reality.  In my case, I came a long way looking for help and when I thought all hope was lost, my prayers were answered.  It is hard when you try to defend yourself against a multimillion-dollar company with plenty of lawyers and assets and no one will listen because you are just one against many.  Please thank Judge Pamela K Chen for her honorable decisions.  Also Dora L. Irizarry, The chief Judge, I know If it was not for Judge Irizarry making decisions to give we the people a chance to be heard we would be lost.  I have done my homework and I would like you to thank them for me because I know you can reach them for sure.  My father, LT. Cornel, Jaime Ayuso and I want  to thank Joseph  DiBenedetto;  I remember his sincere heart felt words telling me he was sorry I had to suffer the great ordeal I went through.  Not much people has or feels with a heavy heart, we appreciate the kind words.

Although I have not received a cent from the case in question yet, what all of the people named above have done for me is priceless, worth more than gold.  Thank you and God bless you all.

Sincerely,

Lisa Jimenez